UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE W. KERR,

                    Plaintiff,

v.                                      Case No.  2:04-cv-376-FtM-33DNF

UNITED STATES OF AMERICA,

                    Defendant.
_____

## ORDER

    This matter is before the Court on consideration of United
States Magistrate Judge Douglas N. Frazier's Report and
Recommendation (Doc. #20), entered on May 10, 2005, recommending
that Defendant's Motion to Dismiss (Doc. #16) be granted,
Defendant's Motion for More Definite Statement (Doc. #16) be denied
as moot, Plaintiff's Motion to Establish Jurisdiction (Doc. #17) be
denied, and Plaintiff's Motion to Offer Copyrights, Discovery
Rights to Constitutionally Required Amendments to the U.S.
Constitution (Doc. #18) be denied. As of this date, Plaintiff has
not filed objections to the report and recommendation.

    After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).  In the absence of specific
objections, there is no requirement that a district judge review

factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED**, **ADJUDGED**, and **DECREED**:

1.  United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #20) is **ACCEPTED** and **ADOPTED**.

2.  Defendant's Motion to Dismiss (Doc. #16) is **GRANTED**.

3.  Defendant's Motion for More Definite Statement (Doc. #16) is **DENIED AS MOOT**.

4.  Plaintiff's Motion to Establish Jurisdiction (Doc. #17) is **DENIED**.

5.  Plaintiff's Motion to Offer Copyrights, Discovery Rights to Constitutionally Required Amendments to the U.S. Constitution (Doc. #18) is **DENIED**.

5.   The Clerk is directed to enter judgment accordingly and close the file.  The Clerk is further directed to terminate all previously  scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this ___26___ day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:    All Parties of Record